IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>AMERISOURCEBERGEN CORPORATION,<br><br>            Defendant. | CIVIL ACTION<br>NO. 12-5538 |

## **ORDER**

**AND NOW**, this 15th day of January 2013, by agreement of the parties, it is **ORDERED** that:

1) The Clerk of Court shall place the above-captioned action in suspense pending an attempt by the parties at further conciliation.

2) Plaintiff shall fax a status report to the Court at (267) 299-5058 within 60 days of the date of this Order.

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.